```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ILDA MONETTE TALLER,

                    Plaintiff,

-against-

RYDER SYSTEM, INC. d/b/a RYDER, CVS HEALTH CORPORATION and CVS PHARMACY, INC.,

                    Defendants.

21 Civ. 11119 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for October 18, 2022, is ADJOURNED to **November 2, 2022**, at **3:00 p.m.** The conference will be held telephonically. The parties are directed to dial (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

    SO ORDERED.

Dated: October 7, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge