UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ILDA MONETTE TALLER,

                Plaintiff,

    -against-

RYDER SYSTEM, INC. d/b/a RYDER, CVS
HEALTH CORPORATION and CVS PHARMACY,
INC.,

                Defendants.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 1/10/2023____ |

21 Civ. 11119 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By **February 3, 2023**, the parties shall file a joint letter updating the Court on the status of mediation.

    SO ORDERED.

Dated: January 10, 2023
     New York, New York

_____
ANALISA TORRES
United States District Judge