```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ILDA MONETTE TALLER,

                Plaintiff,

-against-                              21 Civ. 11119 (AT)

RYDER SYSTEM, INC. d/b/a RYDER, CVS HEALTH
CORPORATION and CVS PHARMACY, INC.,        **ORDER**

                Defendants.

ANALISA TORRES, District Judge:

      The Court is in receipt of the parties' joint letter dated February 3, 2023. ECF No. 39. Accordingly, the parties' request is GRANTED and the trial scheduled for March 13, 2023 is ADJOURNED to **May 1, 2023**, at **9:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. Accordingly:

1. By **February 28, 2023**, the parties shall submit any motions *in limine*. Oppositions to any motions *in limine* shall be submitted by **March 28, 2023**.

2. By **February 28, 2023**, the parties shall submit all required pretrial filings, including their proposed joint pre-trial order, requests to charge, verdict form, and voir dire questions in accordance with Paragraphs V.B, V.C, and V.D of the Court's Individual Practices in Civil Cases. The parties shall also email copies of these submissions to Torres_NYSDChambers@nysd.uscourts.gov as Word Documents.

3. By **February 28, 2023**, the parties shall deliver to the Court one copy of each documentary exhibit sought to be admitted, pre-marked (*i.e.*, labeled with exhibit stickers) and assembled sequentially in a loose-leaf binder or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference in accordance with Paragraph V.C(v) of the Court's Individual Practices in Civil Cases.

4. Counsel for all parties shall appear for a final pretrial conference on **April 25, 2023**, at **2:00 p.m.**

5. Prior to the final pre-trial conference, counsel for both parties, along with the parties themselves, shall meet in person for at least one hour to discuss settlement of this matter.  In addition, by **February 28, 2023**, the parties shall advise if they wish to be referred to a magistrate judge for settlement purposes.  The parties are reminded that they may consent to conducting all further proceedings before a Magistrate Judge, as stated in the Court's previous January 13, 2022 Order, ECF No. 10.

SO ORDERED.

Dated: February 8, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge