UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ilda Monette Taller,<br><br>    Plaintiff,<br><br>-against-<br><br>Ryder System Inc., et al.,<br><br>    Defendants. | No. 21-CV-11119 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The conference scheduled for February 22, 2023, at 11:00 AM will proceed telephonically rather than in-person. The dial-in for the telephone conference is (877) 402-9753, access code 6545179.

**SO ORDERED.**

Dated:  February 17, 2023
     New York, New York

               _____
               LORETTA A. PRESKA
               Senior United States District Judge