UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ilda Monette Taller,<br><br>　　　　　Plaintiff,<br><br>-against-<br><br>Ryder System Inc., et al.,<br><br>　　　　　Defendants. | No. 21-CV-11119 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　Upon counsel's notifying the Court that the action has been settled, the Clerk of the Court shall mark this action closed, subject to reopening within thirty days if the settlement is not effected, and all pending motions denied as moot.

**SO ORDERED.**

Dated:　　February 28, 2023
　　　　　New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge